# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1135

_____

Said H. Omar,                                      *
                                                   *
                          Petitioner,              *
                                                   *   Petition for Review of
          v.                                       *   an Order of the Board of
                                                   *   Immigration Appeals
John Ashcroft, Attorney General                    *
of the United States,                              *        [UNPUBLISHED]
                                                   *
                          Respondent.              *

_____

Submitted:   January 7, 2004

Filed:   January 16, 2004

_____

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

_____

PER CURIAM.


Somali native Said H. Omar petitions for review of an order of the Board of Immigration Appeals, which affirmed an Immigration Judge's denial of Omar's application for asylum, withholding of removal, relief under the Convention Against Torture, and voluntary departure. After careful review of the record, we deny the petition, because the evidence does not compel reversal. See Navarijo-Barrios v. Ashcroft, 322 F.3d 561, 562 (8th Cir. 2003) (court is obligated to affirm unless asylum applicant shows that evidence not only supports reversal but compels it).

Among other things, we find that the Immigration Judge articulated specific, cogent reasons why he believed that Omar's claims lacked credibility, such as inconsistencies between Omar's asylum application, interview, and hearing testimony; the lack of any supporting documentation; and the implausibility of some of Omar's assertions. See Ghasemimehr v. INS, 7 F.3d 1389, 1391 (8th Cir. 1993) (per curiam). In addition, we conclude the evidence does not compel reversal as to Omar's claims for withholding of removal and relief under the Convention Against Torture. See 8 C.F.R. § 208.16(c)(2) (2003); Francois v. INS, 283 F.3d 926, 932-33 (8th Cir. 2002).

Accordingly, we deny the petition.

_____